173 A.3d 161

WOOTEN, Tavon

v.

STATE of Maryland

Pet. Docket No. 300, Sept.Term, 2017

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 576, Sept.Term, 2016).

Petition for writ of certiorari denied